UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                      Chapter 7

JOSE SALAZAR,                                                   Case No. 06-22124(rdd)
                         Debtor.
------------------------------------------------------------x

### ORDER AMENDING NOVEMBER 14, 2012 ORDER DIRECTING DEPOSIT IN COURT'S REGISTRY ACCOUNT

Upon the motion, dated August 17, 2012 (the "Motion"), of Jeffrey L. Sapir, as the chapter 7 trustee in this case (the "Trustee"), for an order directing him to deposit funds with the Clerk of the Court pursuant to Fed. R. Bankr. P. 3011 in the sum of $50,000.00, which represented the above debtor's homestead exemption proceeds (the "Deposit"); and, after due notice and no objections, the Court having entered an order on November 14, 2012 (the "November Order") granting the Motion and directing the Deposit be made into the Court's Registry Account; and the Clerk of the Court having informed the Trustee that the Deposit should instead have been made into the Court's Unclaimed Dividend Account; and the Trustee having sought an order under Fed. R. Bankr. P. 9024 amending the November Order to direct the Deposit to be made into the Court's Unclaimed Dividend Account; and good and sufficient cause appearing; and no additional notice being required, it is hereby

ORDERED, that the November Order is modified to provide that Clerk of the Court is directed to promptly transfer the Deposit, comprising $50,000.00 consisting of the Debtor's homestead exemption proceeds, from the Court's Registry Account to the Court's Unclaimed Dividend Account as an unclaimed dividend.

Dated: White Plains, New York
         February 4, 2015

                                                   _/s/Robert D. Drain_____
                                                   UNITED STATES BANKRUPTCY JUDGE